UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  06-cr-00400-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CONCEPTION SANCHEZ-CEJA

    Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, November 13, 2006**, and responses to these motions shall be filed by **Wednesday, November 22, 2006**.  It is

FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Tuesday, November 28, 2006, at 4:30 p.m.**  It is

FURTHER ORDERED that a five-day jury trial is set to commence **Monday, December 4, 2006, at 9:00 a.m.**

Dated:  October 19, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge